# United States District Court

### DISTRICT OF ____GUAM____

UNITED STATES OF AMERICA

**V.**

JOHN L.G. BENAVENTE

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: **02-00009**

FILED
DISTRICT COURT OF GUAM

APR - 1 2002

MARY L.M. MORAN
CLERK OF COURT

TO: (Name and Address of Defendant)

> John L.G. Benavente
> P.O. Box 1609
> Hagatna, Guam 96932

## YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

> MARIVIC P. DAVID, AUSA
> U.S. Attorney's Office
> Sirena Plaza
> 108 Hernan Cortez, Suite 500
> Agana, Guam 96910

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY L.M. MORAN
CLERK

BY DEPUTY CLERK

MAR 22 2002

DATE

ORIGINAL

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 3-22-02 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Marie Chavera | Paralegal |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: U.S. Attorney, Office, Sirena Plaza St. 500, Hogatña, GU 96910

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-22-02 _____
Date                Signature of Server
Marie Chavera

Sirena Plaza Ste. 500, Hogatña 96910
Address of Server